IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-2302-AP**

**IRA MILHOUSE,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## ORDER OF DISMISSAL

Kane, J.

On November 29, 2007, this court entered and Order to Show Cause directing Plaintiff to show cause in writing on or before December 14, 2007, why his case should not be dismissed for failure to prosecute. To date, no response has been received. It is, therefore

ORDERED that this case is DISMISSED without prejudice for failure to prosecute.

Dated this 18th day of December, 2007.

        BY THE COURT:

        S/**John L. Kane**
        Senior Judge, United States District Court